# DECISIONS IN CASES NOT REPORTED.

## THIRD DEPARTMENT, DECEMBER TERM, 1895.[*]

The People of the State of New York ex rel. The United Verde Copper Company v. James A. Roberts, Comptroller.—Writ of certiorari quashed, decision of Comptroller affirmed, with fifty dollars costs and disbursements. No opinion.

Richard Elting, Respondent, v. Annie E. Romer, Appellant.—Order affirmed, with costs and disbursements. No opinion.

Annie Singleton, Respondent, v. The Prudential Insurance Company of America, Appellant.—Order affirmed, with costs and disbursements. No opinion.

Eugene Martineau, Respondent, v. The Town of Santa Clara, Appellant.—Judgment affirmed, with costs. No opinion.

The Woodstock National Bank, Appellant, v. The Town of Waverly, Respondent.—Judgment affirmed, with costs. No opinion.

Charles W. Cool, Appellant, v. Frances D. Terhune, Respondent.— Judgment affirmed, with costs. No opinion.

Canton Lumber Company, Appellant, v. James Spears and Others, Respondents.—Judgment affirmed, with costs.

Mem. by MAYHAM, P. J.: This action was prosecuted to set aside a deed of a saw mill and water power, known as the Gage Saw Mill, executed by the defendant William Kimball to the defendant James Spears on the 4th of December, 1893, and to have it adjudged that such deed was void, and also for a decree directing the defendant Kimball to execute to the plaintiff a deed of such premises, and for such other relief as the court might deem equitable. The case was tried before Justice Landon, without a jury, who decided that the plaintiff was not entitled to recover, and that the deed executed by the defendant Kimball to the defendant Spears was a proper and valid conveyance, and directed that the plaintiff's complaint be dismissed, with costs in favor of the defendants, Kimball and Spears. The learned trial judge, in handing down his decision, accompanied it by an elaborate and carefully considered opinion, in which, after a full examination of the records and the briefs and arguments of the respective counsel on this appeal, this court fully concurs. Judgment must, therefore, be affirmed on the opinion of the court below. Judgment affirmed, with costs. Putnam, J., concurred; Herrick, J., not acting.

Harry L. Minchin, Appellant, v. Charles D. Gardner and Others, Respondents.—Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion.

The First National Bank of Ballston Spa, Respondent, v. Carolina Oil and Creosote Company and Others, Appellants.— Judgment affirmed, with costs. No opinion.

Jennie May Billings, an Infant, Respondent, v. Frances O. Tweedie and Others, Appellants.—Judgment affirmed, with costs. No opinion.

Mary A. Moore, Respondent, v. James Cleary, as Administrator, etc., Appellant.— Judgment affirmed, with costs. No opinion.

Merriman J. Lester and Another, as Overseer, etc., Appellants, v. Hermon Worden and Others, Respondents.—Judgment affirmed, with costs. No opinion. Mayham, P. J., not sitting.

Abijah Weston and Others, Respondents, v. Henry Lovejoy, Appellant.— Judgment affirmed, with costs. No opinion.

Annie Rutherford, as Administratrix, Appellant, v. The Town of Madrid, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. George Nelson, Appellant.— Judgment affirmed, with costs. No opinion.

Francis W. La Rose, as Executor, etc., Appellant, v. John G. Smith, Respondent.—Judgment affirmed, with costs. No opinion.

Truman Jones, Appellant, v. Ætna Insurance Company and Another, Respondents.—Judgment affirmed, with costs. No opinion.

Lulu R. McDowell, an Infant, Appellant, v. Robert D. Williamson, Respondent.— Judgment affirmed, with costs. No opinion.

Isban Hess, Respondent, v. Bridget Barnwell and Others, Appellants.—Judgment affirmed, with costs. No opinion.

T. H. Benton Crane, as Receiver of the Property of Isaac C. Shuler, Appellant, v. Elizabeth N. Shuler, Alice M. Booth, Henry A. Booth, Individually and as Executor of the Will of John Booth, Deceased, Respondents, Impleaded with Others.— Judgment affirmed, with costs.—

HERRICK, J.: The defendants Henry A. Booth and Alice M. Booth were not parties to the action brought by the First National Bank of Amsterdam against Elizabeth N. Shuler and others, and, therefore, are not bound by the proceedings in said action, the findings of the referee therein, or the judgment thereon. The question of fact litigated in this action, as to the payment of the mortgage sought to be foreclosed, was not in issue in the former action I have referred to. The trial court has found that the mortgage in question has been fully paid and satisfied, and it has also found that such payment and satisfaction was made by the husband of the defendant Shuler before he was insolvent, and was made for sufficient consideration, that is, an agreement by his wife to execute with him deeds for the conveyance of certain real estate, whereby her right of dower therein would be released. Upon an examination of the record in this case it appears that there was some evidence to sustain these findings of fact. We consequently, under repeated decisions of this court, are not at liberty to reverse such findings. Standing unreversed, they effectually dispose of plaintiff's cause of action. As an original proposition, I should feel inclined to hold that the plaintiff's objection to the testimony of the defendant Shuler of transactions and conversations with her deceased husband were incompetent under section 829 of the Code, but the cases of *Uhlman* v *Brownell* (19 N. Y. St. Repr, 18); *Gillies* v *Kruger* (33 Hun, 314; affd., 102 N. Y. 666), constrain me to hold to the contrary. Judgment should be affirmed, with costs. Mayham, P. J., and Putnam, J., concurred.

William Moore, Appellant, v. Simeon Brown, Respondent.— Order affirmed, with costs and disbursements. No opinion.

Concezio Del Sejnore, as Administrator, etc., Respondent, v. James A. Hallinan and Others, Appellants.— Judgment affirmed, with costs. No opinion.

---

* Decided December 3, 1895.